IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00099-RBJ-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LACHY EDUARDO ESPINEL, JR.,

    Defendant.

## INFORMATION

COUNT ONE

The United States Attorney charges that:

Beginning in and around January 12, 2016, and continuing through May 4, 2017, within the State and District of Colorado and elsewhere, the defendant, LACHY EDUARDO ESPINEL, JR., knowingly conspired with others to conduct, or attempt to conduct, a financial transaction with proceeds from a specified unlawful activity, namely cultivation of marijuana, in violation of 21 U.S.C. § 841(a)(1), with the specific intent to conceal or disguise the source, origin, nature, ownership, or control of the proceeds, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

JASON R. DUNN
United States Attorney

By: *s/Zachary Phillips*
Zachary Phillips
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: zachary.phillips@usdoj.gov
Attorney for the Government