UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-CR-00099-RBJ

FL. BAR NO. 32834

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**LACHY ESPINEL,**

    Defendant.
_____/

### NOTICE OF FILING LETTERS TO BE CONSIDERED AT SENTENCING

COMES NOW, Defendant, Lachy Espinel, by and through undersigned counsel and files letters to be considered at sentencing as follows:

1. Letter from David Toledo
2. Letter from Rayko Rubi
3. Letter from Patricia Canal
4. Letter from Yvonne Gomez
5. Letter from Margarita Rivas

6.   Letter from Olga DeSosa

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Attorney for Defendant
7685 S.W. 104th Street, Suite 200
Miami, Florida  33156
Tel:   (305) 670-7700
Fax:   (305) 669-8198

By: s/ Jeffrey E. Feiler
    JEFFREY E. FEILER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 20th day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Jeffrey E. Feiler
JEFFREY E. FEILER

Ret., Officer David Toledo
15884 SW 61 Terrace
Davie, FL 33331
786 356-0745
Dlt03@comcast.net

June 11, 2019

To Whom It May Concern:

I, David Toledo, have been privileged to know, Lazaro Espinel for approximately 15 years. I consider him a respectable business man and great friend. I met him while working as a police officer in the city where his business is established. One of my responsibilities involved community policing which allowed me to visit various establishments one of which was Lazaro Radiators. It was there that I observed him interacting with his employees and the community in a positive an effective manner. I came to realize just how caring, hardworking, and thoughtful he is overall. He displayed evidence of a positive rapport with clients and went above and beyond to ensure his customers were well treated and provided them with the best service possible.

I am glad to let you know how honest, dependable, and conscientious Lazaro Espinel is with everyone he meets. It is a great honor for me to know him and consider it a privilege to be his friend.

Please contact me if you need further information.


Sincerely,

David Toledo



11/8/2019

To whom it may concern:

I have known Lachy Espinal for over 15 years. He is one of the best human beings I have ever met. He is an amazing man, father, son and friend. He has a beautiful 16-year old daughter that needs him now more than ever. She is a teenager and needs the love and support of her father during these tuff years. He also looks after and provides for his father who suffered a stroke some years back. His father is old and ill, losing Lachys love and attention would be devasting to him and his health. In addition, Lachy is one of the hardest working men I have ever met. He has dedicated his life to his radiator business. Working 6 days a week and endless hours to his business. Lachy has always available to help his family and friends. He has been there for me and my family on countless occasions. My family and I would like to ask for your compassion while making your decision on his future.

1/2

06/10/2019

Your Honor,

I have known Lachy Espinel for the last 18 years. In those 18 years Lachy has been not only a good friend but also a father figure for my 3 boys.

Not only was I going thru a divorce but I was also diagnosed with Breast cancer, It was a very hard time for me and my family but Lachy was there as my friend. He took me to my Doctors' appointments before and after my surgery. Lachy is a part of our family he is a very kind hearted man. I know if my sons or I are ever in need of anything Lachy is and will always be there for us.

Thank you

Patricia Canal

Yvonne Gomez  
6451 S.W. 16th Terrace  
West Miami, FL 33155  
Cell: 786-234-1471  
Email: yngomez94@yahoo.com

June 7, 2019

Re:  Lachy Eduardo Espinel  
     Case No.

To whom it may concern:

I have known Lachy Eduardo Espinel for over 20 years. His mother, Margarita Suarez-Rivas, is a very close friend. More than a friend, she is family.

Lachy was provided a very good education early on but it was his character that always impressed me. Kindhearted, loving, respectful and polite at all times. A very hard worker with an entrepreneurial spirit from a young age. In fact, he started his first business at the age of 16 refurbishing and selling radiators.

He has always possessed love of family, his mother, and a distinct sense of loyalty and wanting to provide for his family.

Today he is a man who carries with him all of these character traits along with the added knowledge of faith and love of God instilled through the last couple of years, primarily by his mother.

Should you require additional information, please do not hesitate to contact me.

Respectfully submitted,

Yvonne Gomez

/yg

Margarita Suarez Rivas
Maggies2362@yahoo.com
786-302-1962

To whom it may concern

I am Lachy Espinel's mom. I would like to say that my son is kind. He is a workaholic. My son went to good private schools. He spends time with me. I am a widow since 1996. He visits me on regular basis. Makes sure I'm ok. Specially now that I am retired. His dad and I got a divorce when he was young. But Lachy and I have always been very close. When I had breast cancer at 37, he was always there. He would get me my favorite fruits. My special Peruvian food, he would deliver it himself. To the hospital can't be without my son. Later on I had brain surgery. When I was like 46. Six years ago that brain tumor was found again. I had to have gamma knife. My son took me to that. Makes sure every year he takes me to my MRI. Because I get very nervous. They put dye in my blood to see the tumor. If something happens to Lachy, I don't know what I would do!!!!! He is my support. I am 66 years old now. I pray a lot, For him and for all my family. He is now going at times with me to Catholic Church. He comes to my rosaries that I do at my home for the sick. I have a group of Holy ladies that we always pray together.

I'm sure Lachy has learned a lot with this experience he has had. He works, and helps support his dad that has had 2 strokes.
He is amazing.

Please know that we need him out here, and so does his daughter.

Thank you
God bless
Margarita Suarez Rivas
*Margarita S. Rivas*

From: olga desosa om_de_sosa@hotmail.com
Subject: Lachy Eduardo Espinel
Date: Jun 9, 2019 at 12:04:42 PM
To: Maggie maggies2362@yahoo.com

I have known Lachy Eduardo Espinel and his family for many years. I have known his mom since we were kids. Lachy comes from a good home and is a generous loving son. He started his radiator business at the young age of 16 and built it into a successful business. He is a good father to his teenage daughter and provider.

Olga DeSosa

786-261-4083