**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 18-cr-00099-RBJ-1

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.   LACHY EDUARDO ESPINEL JR.,**

Defendant.

---

**MOTION TO RECONSIDER DENIAL OF**
**MOTION FOR ADDITIONAL TIME TO SURRENDER**

---

The Defendant, Lachy Eduardo Espinel Jr., by and through his attorney, Ryan T. Cox, of the law firm of Springer and Steinberg, P.C., hereby moves this Court to reconsider the order denying Defendant additional time to surrender to FCI Miami Satellite Prison Camp.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. This is a case wherein Defendant Lachy Eduardo Espinel Jr. entered a voluntary plea to violations of federal law concerning cultivation and distribution of marijuana.

2. Defendant was sentenced November 22, 2019 to a period of incarceration for a term of 14 months, in addition to other sanctions. On December 3, 2019, this court entered an order requiring Defendant to surrender to the FCI Miami Satellite Prison Camp by 12:00 p.m. on December 12, 2019, giving Defendant only 20 days between sentence and surrender date.

3. Defendant had sought additional time before the deadline due to the need to make personal

–2–

and business arrangements prior to incarceration.  This court denied that request.

4. Defendant respectfully requests reconsideration of that denial, as Defendant needs an additional 30 days to resolve some business and personal matters before surrendering.

5. The specific reasons for this request reflect Defendant's ongoing efforts to wrap up his business dealings prior to entering federal detention.  Specifically, as reflected in the attached contract, Defendant anticipates a real estate closing for the sale of property to occur on January 3, 2020.

6. Defendant has other businesses which necessitate powers of attorney and other legal documents be executed; these documents are in the process of being completed for execution.

7. Additionally, Defendant has a doctor's appointment on Wednesday, December 11, 2019 to address ongoing health concerns (a copy of the appointment verification is attached).  Defendant hopes to complete his treatment before obtaining further health care within the federal facility.

8. 18 USC 3141, et al, grants authority of this court to order a person be released pending execution of a sentence.  Defendant respectfully requests that this court exercise that jurisdiction in allowing Defendant an additional 30 days in which to surrender.

9. Counsel for the Defendant has inquired of the USA regarding a delay in surrendering.  The USA takes no position on the requested relief.

**WHEREFORE**, and for the foregoing reasons, the Defendant prays for the relief requested, and for such other and further relief as the Court deems just and proper in the premises.

Dated this 9th day of December, 2019.

                                  Respectfully submitted,

                                  */s/ Ryan T. Cox*
                                  Ryan T. Cox
                                  Springer & Steinberg, P.C.
                                  Attorneys for Lachy Eduardo Espinel Jr.
                                  1600 Broadway, Suite 1200
                                  Denver, CO 80202
                                  (303)861-2800 Telephone
                                  (303)832-7116 Telecopier
                                  rcox@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Zachary Hugh Phillips**
Email: Zachary.Phillips@usdoj.gov

                                  */s/Stacey Lopez*
                                  Stacey Lopez for Harvey A. Steinberg
                                  Springer and Steinberg, P.C.
                                  Attorneys for Lachy Eduardo Espinel Jr.
                                  1600 Broadway, Suite 1200
                                  Denver, CO 80202
                                  (303)861-2800 Telephone
                                  (303)832-7116 Telecopier
                                  slopez@springersteinberg.com