UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  18-CR-00099-RBJ

FL. BAR NO.  32834

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**LACHY ESPINEL**,

Defendant.

_____/

## REVISED MOTION TO EXTEND SURRENDER DATE FOR MEDICAL REASONS

COMES NOW, defendant Lachy Espinel by and through undersigned counsel and respectfully requests this Court extend Surrender Date for Medical Reasons and as grounds states;

1.      Lachy Espinel has been Sentenced and is due to surrender at FCI Miami on January 14, 2020.

2.      Mr. Espinel is suffering from Shortness of Breath and has Precordial Pain, Sleep Apnea, Hypertension, Hypothyroidism, Hypogonadism and Erythrocytosis. Attached please find a letter from Dr. Joseph Girgis.

3.      Mr. Espinel's ailments are critical and can become extremely dangerous to his deteriorating health including death. His treatments are imminent and if he should surrender before he is treated it could be fatal for him. As per his doctors notes he has multiple risk factors for Heart Attack, Stroke, or Sudden Death.  Given his multiple risk factors including Obstructive Sleep Apnea, Hypertension, Erythrocytosis, Low

Testosterone, new onset symptoms of Chest Pain, Shortness of Breath all of which will be evaluated and hopefully resolved and stabilized by the end of 5 to 6 weeks.

4.      It will take until approximately February 10, 2020 to complete the tests and obtain test results. At that time the Doctor will render his diagnosis and treatment. It is expected to include medications as well as particular physical equipment, which will take a few more days.

5.      Based on past experiences, it is far better to have a medical specialist determine treatment before incarceration. The Bureau of Prisons simply does not have adequate on-site medical facilities and sometimes an inmate is not hospitalized until a catastrophic event occurs.

6.      Again, Mr. Espinel asks that the surrender date be postponed until February 17, 2020 to accomplish the medical tasks.

8.      Undersigned counsel has spoken with Assistant United States Attorney, Zachary Phillips, who stated that he believes that it is time for Mr. Espinel to begin his sentence as he has received an extension once before.

WHEREFORE, undersigned counsel respectfully requests this Court extend Surrender Date for Medical Reasons.

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Attorney for Defendant
6000 Speer Boulevard, #1307
Denver, Colorado 80204
ana@jeffreyfeiler.com
Tel:    (305) 670-7700
Fax:    (305) 669-8198

By: s/Jeffrey E. Feiler
     JEFFREY E. FEILER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Jeffrey E. Feiler
JEFFREY E. FEILER

Summary View for Espinel, Lachy E | Account Number:14969                                            Page 1 of 5



**SUPERIOR MEDICAL CENTERS**
GLOBAL CONCIERGE VIP MEDICAL CENTER

**Espinel, Lachy E**
45 Y old Male, DOB: 07/15/1974
Account Number: 14969
17801 Sw. 52nd Ct., Southwest Ranches, FL-33321
Home: 305-688-0740
Guarantor: Espinel, Lachy E   Insurance: Cigna Payer
ID: 62308
Appointment Facility: Superior Medical Center PA

01/10/2020                                            Progress Notes:  Joseph Girgis, MD

## Current Medications
Taking
- Synthroid 125 MCG Tablet 1 tablet on an empty stomach in the morning Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
OSA (obstructive sleep apnea).
Acquired hypothyroidism.
Hypogonadism male.

## Surgical History
Denies Past Surgical History

## Family History
Father: alive, Aneurism
Mother: alive, Brain tumor and Breast Cancer
2 brother(s) , 3 sister(s) - healthy. 1daughter (s) - healthy.

## Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *nonsmoker*
Drugs/Alcohol:
Alcohol Screen (Audit-C)
  Did you have a drink containing alcohol in the past year? *No*
  Points *0*
  Interpretation *Negative*
Do you drink alcohol?: No.
Miscellaneous:
Exercise: yes, 4-5 times per week.
Occupation: President.
Sexually active: monogamous relationship.
Marital status: married.
Occupational exposure: none.
never smoker.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Reason for Appointment
1. Chest pain and shortness of breath for 2 months
2. Hx of OSA, Hypothyroidism, Hypog
3. Erythrocytosis

## History of Present Illness
Constitutional:
   -NewPatient- 45yo male here to establish care and has the following complaints.
   -CP- Patient complains of chest tightness for the last 2 months. Patient states that the chest tightness is in the center of the chest, when it occurs it lasts 10-15 minutes at a time. Patient reports that it is assoicated with shortness of breath as below. Patient admits that this occurs mostly at night, but sometimes during the day and is happening almost daily. Patient denies dizziness, syncope, diaphoresis, radiation of the pain.
   -SOB- Patient complains of shortness of breath for the last two months. Patient states that when he gets the chest tightness as above, he will feel that he cannot take a deep breath. Patient admits that sometimes he thinks he is wheezing. Patient denies DOE, cough, sputum production, fever.
   -OSA- Patient admits that he has obstructive sleep apnea and he uses an Auto-CPAP machine. Patient states that around 2-3 nights a week he will wake up in the middle of the night and take the CPAP off because it is uncomfortable. Patient denies hypersomulence, fatigue.
   -ElevatedBP- Patient presents with elevated blood pressure in office today. Patient denies a history of hypertension and is not currently on medication to control the blood pressure. Denies dizziness, syncope, HA, blurry vision.
   -Hypothyroidism- Patient admits around 12 years ago he was diagnosed with hypothyroidism. He is currently taking Levothyroxine 125mcg Qam. Patient reports that recently his doctor increased the dose to 137mcg, but he has not started the new dose yet. Patient reports 10lb weight gain recently. Patient denies fatigue, constipation, diarrhea, palpitations, hair loss.
   -Hypog- Patient states that his recent testosterone level was 125, he is symptomatic with decreased libido, exercise intolerance, and weight gain. Patient admits that he was previous on Testosterone and stopped about 8 months ago. Patient states that he was injecting 1mL a week. He would like to discuss restarting HRT today.

---

Patient: Espinel, Lachy E   DOB: 07/15/1974   Progress Note: Joseph Girgis, MD   01/10/2020
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Review of Systems**

All Other Systems:

Review of Systems (ROS) Pt denies Orthopnea, dizziness, PND and syncope. REVIEW OF OTHER SYSTEMS UNREMARKABLE TODAY.

-Erythrocytosis- Patient presents with erythrocytosis on current CBC. Patient states that his PCP had him fast and recheck his levels. No treatment was recommended. He has OSA and HTN as above.

**Vital Signs**

BP 128/94 mm Hg, Wt 272 lbs, BMI 36.89 Index, Ht 6 ft 0 in, Ht-cm 182.88 cm, Wt-kg 123.38 kg.

**Examination**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished .

HEAD: normocephalic, atraumatic .

EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric, conjunctiva clear .

EARS: normal .

NOSE: nares patent, no lesions, sinuses nontender bilaterally .

ORAL CAVITY: mucosa moist .

THROAT: clear .

NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy .

LYMPH NODES: no lymphadenopathy .

SKIN no suspicious lesions, warm and dry .

HEART: no murmurs, regular rate and rhythm, S1, S2 normal .

LUNGS: clear to auscultation bilaterally .

ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended .

EXTREMITIES: no clubbing, cyanosis, or edema .

PERIPHERAL PULSES: 2+ throughout .

NEUROLOGIC: alert and oriented, gait normal, no tremor, normal speech, motor strength normal upper and lower extremities, sensory exam intact .

PSYCH: cooperative with exam, good eye contact.

**Assessments**

1. Precordial pain - R07.2 (Primary)
2. Shortness of breath - R06.02
3. OSA (obstructive sleep apnea) - G47.33
4. Essential (primary) hypertension - I10
5. Acquired hypothyroidism - E03.9
6. Hypogonadism male - E29.1
7. Erythrocytosis - D75.1

**Treatment**

**1. Precordial pain**

IMAGING: Echocardiogram (Ordered for 01/10/2020)

IMAGING: Exercise Treadmill Stress Test (TMST) (Ordered for 01/10/2020)

Clinical Notes: Patient has chest pain and shortness of breath for the last 2 months. EKG performed today and shos minor inferorior repolarization disturbances and LV overload. Patient has multiple risk factors for CAD including OSA, HTN, erythrocytosis and low testosterone, so an EHCO and stress test will be ordered today to rule out structural abnormalities and ischemia. Patient will return in 2

---

weeks for stress test and will have ECHO done at imgaing center. Will follow up in 5 weeks to review results.

**2. Shortness of breath**
   IMAGING: Echocardiogram (Ordered for 01/10/2020)
   IMAGING: Exercise Treadmill Stress Test (TMST) (Ordered for 01/10/2020)
Clinical Notes: Patient with CP and SOB for 2 months, due to multiple risk factors for CAD, ECHO and stress test ordered to rule out structural abnromalities and ischemia. Will follow up in 5 weeks to review the results.

**3. OSA (obstructive sleep apnea)**
Clinical Notes: Noncompliant with CPAP despite understanding risks of uncontrolled OSA including sudden death. Advised not to drive when tired.

**4. Essential (primary) hypertension**
Clinical Notes: BP in office today is 128/94. Explained to patient that this is consistent with hypertension. Suspect that the elevated is due to noncompliance with CPAP machine and erythrocytosis. Patient will have phlebotomy today as below. Patient will return in 5 weeks, if BP still elevated will consider starting ACE/ARB.

**5. Acquired hypothyroidism**
Refill Synthroid Tablet, 125 MCG, 1 tablet on an empty stomach in the morning, Orally, Once a day, 90 days, 90 Tablet, Refills 0
Start Liothyronine Sodium Tablet, 25 MCG, 1 tablet on an empty stomach, Orally, Once a day, 90 day(s), 90 Tablet, Refills 0
Clinical Notes: Explained to patient that instead of increasing the Synthroid, we will add T3 to increase his metabolism which will help him loose weight. Prescribed Liothyronine 25mcg Qam, in addition to the Synthroid 125mcg. Will adjust medications based on symptoms and will continue to monitor FT4 and FT3. Patient understands that our approach to managing thyroid is more aggressive compared to the nationally recognized guidelines. Repeat thyroid panel in 4 weeks.

**6. Hypogonadism male**
Start Testosterone Cypionate Solution, 200 MG/ML, 1 ml, Intramuscular, Once a week, 70 days, 10 mL, Refills 0
Start ClomiPHENE Citrate Tablet, 50 MG, 1 tablet, Orally, Once a day, Mon- Fri, 90 day(s), 60 tablets, Refills 0
Clinical Notes: Patient's condition discussed and explained in detail, we explained that even testosterone levels within the normal range can be still low enough to cause symptoms on different individuals. We recommend starting intermuscular testosterone replacement therapy and assess response to treatment in 3 months from now. Explained to pt that response to therapy takes around 4-6 weeks. Counseling and discussion regarding side effects and risk of treatment done today.
Patient given literature about the cardiovascular safety of testosterone replacement and full counseling about testosterone effect on the prostate. Copies of studies provided to patient today.

INFORMED VERBAL CONSENT OBTAINED TODAY.
DISPENSED CLOMID #60 AND SYRINGES IN OFFICE TODAY TO
PT. Pt given option to obtain rx from pharmacy.
Pt shown how to administer testosterone injection today in office and
vial opened, injection given, bottle will be consumed by the patient.

**7. Erythrocytosis**
Clinical Notes: Explained to patient that hemoglobin level is 18.3 and
is dangerous, may cause heart attack or stroke. Recommended
phlebotomy today and then another in 2 weeks to reduce the
hemoglobin level. Patient agrees to have phlebotomy today. Will
recheck CBC in 4 weeks to confirm normalization.

**8. Others**
Clinical Notes: PATIENT HAS MULTIPLE RISK FACTORS FOR
HEART ATTACK, STROKE, OR SUDDEN DEATH, GIVEN HIS
MULTIPLE RISK FACTORS INCLUDING OBSTRUCTIVE SLEEP
APNEA, HYPERTENSION, ERYTHROCYTOSIS, LOW
TESTOSTERONE, NEW ONSET SYMPTOMS OF CHEST PAIN AND
SHORTNESS OF BREATH, ALL THIS WILL BE EVALUATED AND
HOPEFULLY RESOLVED AND STABLIZED BY THE END OF 5-6
WEEKS. IMMEDIATE TREATMENT AND EVALUATION STARTED
TODAY AS ABOVE.
ALL MEDICAL TESTING AND TREATMENTS WILL BE
UNDERTAKEN AT SUPERIOR MEDICAL CENTER.

Pt given written updated list of medications and instructions discussed
today.
All controlled medications will be approved by Dr. Joseph Girgis.
PMDP checked before prescribing controlled substance.
Patient seen by Kristen Barber PA-C and Dr. Girgis.
Over 50% of the time today was spent reviewing: medications, labs,
medical literature and studies and discussing medical conditions and
long term treatment plan. Ample time was allowed for the patient to
ask questions and written instructions were provided for patient
reference at home.

Electronically signed by Joseph Girgis , MD on 01/10/2020
at 08:55 AM EST

Sign off status: Pending

Superior Medical Center PA
2300 N COMMERCE PKWY
STE 108
WESTON, FL 33326-3255
Tel: 954-686-2060

Patient: Espinel, Lachy E    DOB: 07/15/1974    Progress Note: Joseph Girgis, MD    01/10/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*